IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JUAN LUIS HERNANDEZ BUSTAMANTE,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-01284-DB** |
| **v.** | § | |
| | § | |
| **TODD BLANCHE**, *Attorney General*, *et al.*, | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On July 29, 2026, the Parties filed a "Joint Advisory," ECF No. 27, advising the Court that there are no matters remaining to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **10th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**